**Dismissed and Memorandum Opinion filed July 18, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00430-CV

### ERIC NORRIS, Appellant

### V.

### HOME CARE PROFESSIONAL SERVICES, INC., Appellee

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-40402**

## M E M O R A N D U M    O P I N I O N

The clerk's record in this appeal was filed June 20, 2013. According to the clerk's record, appellant filed a notice of appeal on March 14, 2013, in an attempt to appeal a final dismissal order signed December 7, 2012. The record reflects that appellant filed an untimely motion for new trial on January 15, 2013. *See* Tex. R. Civ. P. 329b(a) (requiring motion for new trial to be filed within 30 days after the judgment or order is signed). Therefore, the notice of appeal was due on or before January 7, 2013. *See* Tex. R. App. P. 26.1 (stating the 30 day deadline to appeal is

extended by filing a *timely* motion for new trial). Appellant's notice of appeal filed March 14, 2013, is untimely.

On June 24, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

We lack jurisdiction over this attempted appeal. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.